**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BILLY R. THOMPSON, | )  Case No.: 1:11-cv-01198- LJO-JLT |
| Plaintiff, | )  ORDER DISMISSING CERTAIN |
| v. | )  DEFENDANTS |
| THATCHER, et al., | ) |
| Defendants. | ) |

Billy R. Thompson ("Plaintiff") was a state prisoner at the time of filing the complaint and is proceeding pro se and in forma pauperis, in this civil rights action.  On November 6, 2012, the Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a), which requires the Court to dismiss a complaint or portion thereof if a prisoner raises "frivolous or malicious" claims that fail to state a claim upon which relief can be granted, or seeks monetary relief from a defendant who is immune from such relief.  The Court found Plaintiff failed to state a cognizable claim for deliberate indifference to his medical need.  (Doc. 12).  Accordingly, this claim was dismissed from the complaint.

Excessive use of force under 42 U.S.C. § 1983 ("Section 1983") is the sole cause of action remaining.  Under Section 1983, a plaintiff must allege that he suffered a specific injury and show a causal relationship between the defendant's conduct and the injury suffered by the plaintiff.  *See Rizzo v. Goode*, 423 U.S. 362, 371-72, 377 (1976); *Johnson v. Duffy*, 588 F.2d 740, 743 (9th Cir.

1978) (a person deprives another of a federal right "if he does an affirmative act, participates in another's affirmative acts, or omits to perform an act which he is legally required to do so that causes the deprivation of which complaint is made").  Significantly, the only defendants linked to Plaintiff's claim for excessive force are defendants Lewis, Paiz, and Finney.

      Accordingly, **IT IS HEREBY ORDERED**: Defendants Thatcher, Eddy, Finney, King, Littlefield, Stratton, Kroeker, Gregory, and "John Doe Sergeant" are **DISMISSED**.

      IT IS SO ORDERED.

**Dated:**    **December 5, 2012**            **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE